Application denied; no error of law in the judgment complained of.

268 So.2d 258

George G. VILLERE and the Travelers Indemnity Company

v.

John MOOK et al.

No. 52944.

Nov. 16, 1972.

Writ refused. On the facts found by the Court of Appeal, the judgment is correct.

268 So.2d 258

Willie MONTGOMERY

v.

The CITY OF NEW ORLEANS and the Travelers Insurance Company.

No. 52942.

Nov. 16, 1972.

Writ denied. Under the facts found by the court of appeal, the result is correct.